## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE-OPELOUSAS DIVISION

Danny Ray Lee                              *                    Civil Action No. 07-339

versus                                     *                    Judge Tucker L. Melançon

Burl Cain, Warden                          *                    Magistrate Judge Methvin


### JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. After an independent review of the record, including the objections filed by petitioner, the Court concludes that the findings and recommendation of the magistrate judge are correct under the applicable law and therefore adopts the conclusions set forth therein. It is therefore,

**ORDERED** that this petition for writ of *habeas corpus* is DENIED and DISMISSED WITH PREJUDICE as time barred by the one year limitation period codified at 28 U.S.C. sec. 2244(d).

Thus done and signed this 28th day of June, 2007, at Lafayette, Louisiana.


_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE