UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Danny Ray Lee                                   Docket no. 6:07-cv-0339

versus                                          Judge Tucker L. Melançon

Louisiana State Penitentiary                    Magistrate Judge Patrick J. Hanna

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, it is therefore

**ORDERED** that the plaintiff's petition for writ of *habeas corpus* be **DISMISSED WITH PREJUDICE**.

**THUS SIGNED** in Lafayette, Louisiana, this 8th day of February, 2011.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE